# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: April 16, 2019 | Time: 2:15-2:16 p.m. (1 minute) | Judge: HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| Case No.: 19-cv-00182-HSG | Case Name: Woodland Park Property Owner LLC v. Nazeri | |

**Attorney for Plaintiff:** No Appearance
**Attorney for Defendant:** No Appearance

**Deputy Clerk:** Nikki D. Riley        **FTR:** 2:15-2:16

**PROCEEDINGS:** Initial Case Management Conference-HELD

**NOTES:** There are no appearances at 2:15 p.m. when the case is called. The Court advises that he will issue an order to show cause as to why the case should not be remanded for lack of subject matter jurisdiction.