UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODLAND PARK PROPERTY OWNER LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAMERON NAZERI, <br><br> Defendant. | Case No. 19-cv-00182-HSG <br><br> **ORDER TO SHOW CAUSE** |

On January 10, 2019, Defendant filed a notice of removal and removed this case from state court. Dkt. No. 1. To date, Defendant has not served Plaintiff with the notice of removal, as required under 28 U.S.C. § 1446. More fundamentally, Defendant does not set forth any basis for the Court's subject matter jurisdiction over this case, under either 28 U.S.C. § 1331 or § 1332(a). Defendant also failed to appear at the Case Management Conference on April 16, 2019, and has yet to pay the filing fee or submit an adequate application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1447(c), the Court may remand a case if it appears at any time before final judgment that the Court lacks subject matter jurisdiction. Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why this case should not be remanded for lack of subject matter jurisdiction. Defendant shall file a statement of no more than two pages by May 3, 2019.

**IT IS SO ORDERED.**

Dated: 4/17/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge