UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODLAND PARK PROPERTY OWNER LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMERON NAZERI,<br><br>    Defendant. | Case No. 19-cv-00182-HSG<br><br>***SUA SPONTE*** **REMAND ORDER** |

On January 10, 2019, Defendant filed a notice of removal and removed this case from state court. Dkt. No. 1. To date, Defendant has not served Plaintiff with the notice of removal, as required under 28 U.S.C. § 1446. More fundamentally, Defendant does not set forth any basis for the Court's subject matter jurisdiction over this case, under either 28 U.S.C. § 1331 or § 1332(a). Defendant also failed to appear at the Case Management Conference on April 16, 2019, and has yet to pay the filing fee or submit an adequate application to proceed *in forma pauperis*.

On April 17, 2019, the Court issued an order to show cause why the Court should not remand this action under 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction. Dkt. No. 11. In the order, the Court informed Defendant that failure to respond by May 3, 2019 would result in remand of this action. *Id*. Defendant did not respond to the Court's order. Therefore, because this Court lacks subject matter jurisdiction, the Court orders this case **REMANDED** to the California Superior Court for San Mateo County. The Clerk is directed to remand the case and close the file.

**IT IS SO ORDERED.**

Dated: 5/15/2019

                                                                                         HAYWOOD S. GILLIAM, JR.
                                                                                         United States District Judge